UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

FILED
SEP 30 2019

| | |
|---|---|
| JANET WIPF, <br><br> Plaintiff, <br><br> vs. <br><br> EDMONDS COUNTY HIGHWAY DEPARTMENT, <br><br> Defendant. | 1:18-CV-01023-CBK <br><br> ORDER OF DISMISSAL |

Plaintiff filed this employment discrimination action on October 9, 2018. Plaintiff failed to file proof of service of the summons and complaint within 90 days as required by Fed. R. Civ. P. 4(m) and on September 3, 2019, was ordered to do so within 20 days. Plaintiff failed to serve the summons and complaint within 90 days as required by the rule or within the extension granted by the Court.

The time limit for effectuating service was originally enacted in 1982 to effectuate the policy of encouraging prompt movement of civil actions in the federal courts. Advisory Notes to the 1982 amendments to Fed. R. Civ. P. 4. The original time limit was 120 days but as of December 1, 2015, the presumptive time for serving a defendant is reduced from 120 days to 90 days, again reflecting the policy of reducing delay at the beginning of litigation. Advisory Committee Notes to the 2015 amendments to Fed. R. Civ. P. 4.

This case has been pending for one year with no movement forward. Good cause appearing,

IT IS ORDERED that this matter is dismissed without prejudice for failure to effectuate service of process.

DATED this 30th day of September, 2019.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge